# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS
### No. 12-629V
### Filed: December 6, 2019
UNPUBLISHED

| | |
|---|---|
| L.A., a minor, by his parents and natural Guardians, MAGNUS and BRANDI AKERSTROM, <br><br>              Petitioners, <br> v. <br><br> SECRETARY OF HEALTH AND HUMAN SERVICES, <br><br>              Respondent. | Special Master Horner <br><br> Damages Decision Based on Proffer; Influenza Vaccine; Seizures; Encephalitis; Bilateral Striatal Necrosis |

*Renee Gentry, Esq., The Law Office of Renee Gentry, Washington, DC for petitioner.*
*Glenn MacLeod, Esq., U.S. Department of Justice, Washington, DC, for respondent.*

## DECISION AWARDING DAMAGES[1]

On September 24, 2012, petitioners filed a petition for compensation on behalf of their minor son, L.A., under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioners alleged that L.A.'s flu mist vaccine caused his seizures and encephalitis. Petition at 1. The case was assigned to Special Master Laura Millman. On December 15, 2016, a ruling on entitlement was issued finding petitioners entitled to compensation for L.A.'s bilateral striatal necrosis. (ECF No. 97.) On June 5, 2019, following Special Master Millman's retirement, this case was assigned to me.

On December 6, 2019, respondent filed a proffer on award of compensation ("Proffer") indicating petitioner should be awarded: a lump sum payment of

---

[1] I intend to post this decision on the United States Court of Federal Claims' website. **This means the decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access. Because this unpublished decision contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services).

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

$1,352,278.47, representing compensation for lost earnings ($1,047,884.72), pain and suffering ($250,000), and life care expenses for year one ($54,393.75), payable to petitioners as guardians/conservators of L.A.; a lump sum payment of $66,794.04, representing compensation for past unreimbursable expenses, payable to petitioners; and an amount sufficient to purchase the annuity contract as described in the Proffer. Proffer at 3.  In the Proffer, respondent represented that petitioners agree with the proffered award.  *Id.*  Based on the record as a whole, I find that petitioners are entitled to an award as stated in the Proffer.

Accordingly, pursuant to the terms stated in the attached Proffer and accompanying Appendix, **I award:**

- **A lump sum payment of $1,352,278.47 in the form of a check payable to the court-appointed guardian(s)/conservator(s) of the estate of L.A. for the benefit of L.A.; and**

- **A lump sum payment of $66,794.04 in the form of a check payable jointly to petitioners; and**

- **An amount sufficient to purchase the annuity contract described in the attached Proffer at Section II.C.**

These amounts represent compensation for all damages that would be available under §15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

**s/ Daniel T. Horner**
Daniel T. Horner
Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**OFFICE OF SPECIAL MASTERS**

_____

L.A., a minor, by his parents and natural     )
Guardians, MAGNUS and BRANDI       )
AKERSTROM,                             )

          Petitioners,         )

     v.                            )     No. 12-629V
                                 )     Special Master Horner
SECRETARY OF THE DEPARTMENT OF      )
HEALTH AND HUMAN SERVICES,       )

          Respondent.        )
_____)

## RESPONDENT'S PROFFER ON AWARD OF COMPENSATION

In her Ruling on Entitlement issued on December 15, 2016, Special Master Millman

found that a preponderance of the evidence supported petitioner's claim that the FluMist vaccine

administered to L.A. on December 29, 2010, caused his bilateral striatal necrosis.  Respondent

now proffers the following regarding the amount of compensation to be awarded.[1]

**I.**     **Items of Compensation**

    A.     Life Care Items

The respondent engaged life care planner, M. Virginia NeSmith Walton, M.S.N., RN,

FNP, CLCP, and petitioners engaged Nancy J. Bond, CCM, CLCP, to provide an estimation of

L.A.'s future vaccine-injury related needs.  For the purposes of this proffer, the term "vaccine

related" is as described in the Special Master's Ruling on Entitlement.  All items of

compensation identified in the life care plan are supported by the evidence, and are illustrated by

---

[1] The parties have no objection to the amount of the proffered award of damages.  Assuming the Special
Master issues a damages decision in conformity with this proffer, the parties waive their right to seek review of such
damages decision.  However, respondent reserves his right, pursuant to 42 U.S.C. § 300aa-12(e), to seek review of
the Special Master's December 15, 2016, Ruling on Entitlement.

the chart entitled Appendix A: Items of Compensation for L.A., attached hereto as Tab A.[2]
Petitioners agree.

       B.     <u>Lost Future Earnings</u>

The parties agree that based upon the evidence of record, L.A. will not be gainfully employed in the future.  Therefore, respondent proffers that L.A. should be awarded lost future earnings as provided under the Vaccine Act, 42 U.S.C. § 300aa-15(a)(3)(B).  Respondent proffers that the appropriate award for L.A.'s lost future earnings is $1,047,884.72.  Petitioners agree.

       C.     <u>Pain and Suffering</u>

Respondent proffers that L.A. should be awarded $250,000.00 in actual pain and suffering.  <u>See</u> 42 U.S.C. § 300aa-15(a)(4).  Petitioners agree.

       D.     <u>Past Unreimbursable Expenses</u>

Evidence supplied by petitioners documents their expenditure of past unreimbursable expenses related to L.A.'s vaccine-related injury.  Respondent proffers that petitioners should be awarded past unreimbursable expenses in the amount of $66,794.04.  Petitioners agree.

## II.    <u>Form of the Award</u>

The parties recommend that the compensation provided to L.A. should be made through a combination of lump sum payments and future annuity payments as described below, and request that the Special Master's decision and the Court's judgment award the following:[3]

---

[2]  The chart at Tab A illustrates the annual benefits provided by the life care plan.  The annual benefit years run from the date of judgment up to the first anniversary of the date of judgment, and every year thereafter up to the anniversary of the date of judgment.

[3]  Should L.A. die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief.  In particular, respondent would oppose any award for future medical expenses, lost future earnings, and future pain and suffering.

A.  A lump sum payment of $1,352,278.47 representing compensation for lost earnings ($1,047,884.72), pain and suffering ($250,000.00), and life care expenses for Year One ($54,393.75), in the form of a check payable to petitioners as guardian(s)/conservator(s) of L.A., for the benefit of L.A.  No payments shall be made until petitioners provide respondent with documentation establishing that they have been appointed as the guardian(s)/conservator(s) of L.A.'s estate.  If petitioners are not authorized by a court of competent jurisdiction to serve as guardian(s)/conservator(s) of the estate of L.A., any such payment shall be made to the party or parties appointed by a court of competent jurisdiction to serve as guardian(s)/conservator(s) of the estate of L.A. upon submission of written documentation of such appointment to the Secretary.

B.  A lump sum payment of $66,794.04, representing compensation for past unreimbursable expenses, in the form of a check payable to petitioners, Magnus and Brandi Akerstrom.

C.  An amount sufficient to purchase the annuity contract,[4] subject to the conditions described below, that will provide payments for the life care items contained in the life care plan, as illustrated by the chart at Tab A attached hereto, paid to the life insurance company[5] from

---

[4] In respondent's discretion, respondent may purchase one or more annuity contracts from one or more life insurance companies.

[5] The Life Insurance Company must have a minimum of $250,000,000 capital and surplus, exclusive of any mandatory security valuation reserve.  The Life Insurance Company must have one of the following ratings from two of the following rating organizations:

    a.  L.A. Best Company:  A++, A+, A+g, A+p, A+r, or A+s;

    b.  Moody's Investor Service Claims Paying Rating:  Aa3, Aa2, Aa1, or Aaa;

    c.  Standard and Poor's Corporation Insurer Claims-Paying Ability Rating:  AA-, AA, AA+, or AAA;

    d.  Fitch Credit Rating Company, Insurance Company Claims Paying Ability Rating:  AA-, AA, AA+, or AAA.

which the annuity will be purchased.[6]  Compensation for Year Two (beginning on the first anniversary of the date of judgment) and all subsequent years shall be provided through respondent's purchase of an annuity, which annuity shall make payments directly to petitioners only so long as L.A. is alive at the time a particular payment is due.  At the Secretary's sole discretion, the periodic payments may be provided to petitioners in monthly, quarterly, annual or other installments.  The "annual amounts" set forth in the chart at Tab A describe only the total yearly sum to be paid to petitioners and do not require that the payment be made in one annual installment.

    1.    Growth Rate

Respondent proffers that a four percent (4%) growth rate should be applied to all non-medical life care items, and a five percent (5%) growth rate should be applied to all medical life care items.  Thus, the benefits illustrated in the chart at Tab A that are to be paid through annuity payments should grow as follows: four percent (4%) compounded annually from the date of judgment for non-medical items, and five percent (5%) compounded annually from the date of judgment for medical items.  Petitioners agree.

    2.    Life-Contingent Annuity

    The petitioners will continue to receive the annuity payments from the Life Insurance Company only so long as L.A. is alive at the time that a particular payment is due.  Written notice shall be provided to the Secretary of Health and Human Services and the Life Insurance Company within twenty (20) days of L.A.'s death.

    3.    Guardianship

---

[6] Petitioners authorize the disclosure of certain documents filed by the petitioners in this case consistent with the Privacy Act and the routine uses described in the National Vaccine Injury Compensation Program System of Records, No. 09-15-0056.

No payments shall be made until petitioners provide respondent with documentation establishing that they have been appointed as the guardian(s)/conservator(s) of L.A.'s estate.  If petitioners are not authorized by a court of competent jurisdiction to serve as guardian(s)/conservator(s) of the estate of L.A., any such payment shall be made to the party or parties appointed by a court of competent jurisdiction to serve as guardian(s)/conservator(s) of the estate of L.A. upon submission of written documentation of such appointment to the Secretary.

**III.**   **Summary of Recommended Payments Following Judgment**

A.   Lump Sum paid to the court-appointed guardian(s)/
conservator(s) of the estate of L.A. for the benefit of L.A.:   **$1,352,278.47**

B.   Past unreimbursable expenses payable to petitioners:   **$   66,794.04**

C.   An amount sufficient to purchase the annuity contract described
above in section II. C.


Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

C. SALVATORE D'ALESSIO
Acting Director
Torts Branch, Civil Division

CATHARINE E. REEVES
Deputy Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Assistant Director
Torts Branch, Civil Division

_/s/Glenn A. MacLeod_
GLENN A. MACLEOD
Senior Trial Counsel
Torts Branch, Civil Division
U. S. Department of Justice
P.O. Box l46, Benjamin Franklin Station
Washington, D.C.  20044-0146
Direct dial: (202) 616-4122

Dated:  December 6, 2019

**Appendix A:  Items of Compensation for L.A.**

| ITEMS OF COMPENSATION | G.R. | * | M | Lump Sum Compensation Year 1 2019 | Compensation Year 2 2020 | Compensation Year 3 2021 | Compensation Year 4 2022 | Compensation Year 5 2023 | Compensation Year 6 2024 | Compensation Years 7-8 2025-2026 | Compensation Year 9 2027 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Insurance MOP | 5% | | | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 |
| Insurance Premium | 5% | | M | | | | | | | | |
| Medicare Part B Premium | 5% | | M | | | | | | | | |
| Medicare Part B Deductible | 5% | | | | | | | | | | |
| Medigap F | 5% | | M | | | | | | | | |
| Medicare Part D | 5% | | M | | | | | | | | |
| PCP | 5% | * | | | | | | | | | |
| Mileage:  PCP | 4% | | | 6.40 | 6.40 | 6.40 | 6.40 | 6.40 | 6.40 | 6.40 | 6.40 |
| Neurology | 5% | * | | | | | | | | | |
| Mileage:  Neurology | 4% | | | 6.40 | 6.40 | 6.40 | 6.40 | 6.40 | 6.40 | 6.40 | 6.40 |
| PM&R | 5% | * | | | | | | | | | |
| Mileage:  PM&R | 4% | | | 12.00 | 12.00 | 12.00 | 12.00 | 12.00 | 6.00 | 6.00 | 6.00 |
| Orthopedist | 5% | * | | | | | | | | | |
| Mileage:  Orthopedist | 4% | | | 6.40 | 6.40 | 6.40 | 6.40 | 6.40 | 3.20 | 3.20 | 3.20 |
| Neuropsych Eval | 4% | | | 1,500.00 | | 1,500.00 | | 1,500.00 | | | |
| Mileage:  Neuropsych Eval | 4% | | | 3.20 | | 3.20 | | 3.20 | | | |
| EEG | 5% | * | | | | | | | | | |
| Mileage:  EEG | 4% | | | 3.20 | | 3.20 | | 3.20 | | | |
| MRI of Brain | 5% | * | | | | | | | | | |
| Mileage:  MRI | 4% | | | | | 3.20 | | | | | |
| Deep Brain Stimulation | 5% | * | | | | | | | | | |
| Podiatry | 4% | | | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 |
| Neuro-Opthal Eval | 5% | * | | | | | | | | | |
| Mileage:  NeuroOpthal Eval | 4% | | | 13.20 | | | | | | | |
| Counseling | 4% | * | M | 7,200.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | | | |
| Mileage:  Counseling | 4% | | | 259.20 | 97.20 | 97.20 | 97.20 | 97.20 | 97.20 | 97.20 | 97.20 |
| Care Mngt | 4% | | M | 4,320.00 | 3,240.00 | 3,240.00 | 3,240.00 | 3,240.00 | 3,240.00 | 3,240.00 | 2,700.00 |
| Trileptal | 5% | * | | | | | | | | | |
| Diastat | 5% | * | | | | | | | | | |
| Periactin | 5% | * | | | | | | | | | |
| Carnation Instant Breakfast | 4% | | | 176.66 | 176.66 | 176.66 | 176.66 | 176.66 | 176.66 | 176.66 | 176.66 |
| Anxietry Rx | 5% | * | | | | | | | | | |

**Appendix A:  Items of Compensation for L.A.**

| ITEMS OF COMPENSATION | G.R. | * | M | Lump Sum Compensation Year 1 | Compensation Year 2 | Compensation Year 3 | Compensation Year 4 | Compensation Year 5 | Compensation Year 6 | Compensation Years 7-8 | Compensation Year 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025-2026 | 2027 |
| PT Eval | 4% | * | | | | | | | | | |
| PT | 4% | * | | | | | | | | | |
| Mileage:  PT | 4% | | | 288.00 | 288.00 | 288.00 | 288.00 | 288.00 | 72.00 | 72.00 | 72.00 |
| OT Eval | 4% | * | | | | | | | | | |
| OT | 4% | * | | | | | | | | | |
| Mileage:  OT | 4% | | | 288.00 | 288.00 | 288.00 | 288.00 | 288.00 | 72.00 | 72.00 | 72.00 |
| Therapeutic Recreation | 4% | | M | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | | | |
| Driving Eval/ Training | 4% | | | | | | | 700.00 | | | |
| Tutoring | 4% | | M | 8,316.00 | 8,316.00 | 8,316.00 | 8,316.00 | 8,316.00 | | | |
| Shower Transfer Bench | 4% | | | 292.59 | 48.77 | 48.77 | 48.77 | 48.77 | 48.77 | 48.77 | 48.77 |
| Orthotic | 4% | | | | | | | | 300.00 | 150.00 | 150.00 |
| EMS | 4% | * | | | | | | | | | |
| Electrodes | 4% | | | 32.50 | 16.25 | 16.25 | 16.25 | 16.25 | 16.25 | 16.25 | 16.25 |
| Adaptive Devices | 4% | | | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 |
| Voice Activated Computer Program & Hardware | 4% | | | 330.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 |
| Text to Speech Software | 4% | | | 1,400.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| Personal Emergency Response System | 4% | | M | | | | | | | | 371.40 |
| Scooter | 4% | | | | | | | 1,999.00 | | | |
| Scooter Maint | 4% | | | | | | | 375.00 | 375.00 | 375.00 | 375.00 |
| Companion/Respite/Personal Care | 4% | | M | 12,960.00 | 12,960.00 | 12,960.00 | 12,960.00 | 12,960.00 | 13,104.00 | 13,104.00 | 13,104.00 |
| Ancillary Services | 4% | | M | | | | | | | | |
| Ancillary Services | 4% | | M | | | | | | | | |
| Home Mods | 4% | | | 9,500.00 | | | | | | | |
| Braun Seating | 4% | | | | | | | 10,000.00 | | | |
| Scooter Lift | 4% | | | | | | | 1,360.00 | | | |
| Steering Knob | 4% | | | | | | | 66.00 | 11.00 | 11.00 | 11.00 |
| Lost Future Earnings | | | | 1,047,884.72 | | | | | | | |
| Pain and Suffering | | | | 250,000.00 | | | | | | | |
| Past Unreimbursable Expenses | | | | 66,794.04 | | | | | | | |
| Annual Totals | | | | 1,419,072.51 | 36,252.08 | 37,761.68 | 36,252.08 | 52,258.48 | 24,424.88 | 24,274.88 | 24,106.28 |

**Appendix A:  Items of Compensation for L.A.**

| ITEMS OF COMPENSATION | G.R. | * | M | Lump Sum Compensation Year 1 | Compensation Year 2 | Compensation Year 3 | Compensation Year 4 | Compensation Year 5 | Compensation Year 6 | Compensation Years 7-8 | Compensation Year 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025-2026 | 2027 |

Note: Compensation Year 1 consists of the 12 month period following the date of judgment.

Compensation Year 2 consists of the 12 month period commencing on the first anniversary of the date of judgment.

As soon as practicable after entry of judgment, respondent shall make the following payment to the court-appointed guardian(s)/conservators(s) of the estate of Luke Akerstrom for the benefit of Luke Akerstrom for lost future earnings ($1,047,884.72), pain and suffering ($250,000.00), and Yr 1 life care expenses ($54,393.75): $1,352,278.47.

As soon as practicable after entry of judgment, respondent shall make the following payment to petitioners, Magnus and Brandi Akerstrom, for past un-reimbursable expenses: $66,794.04.

Annual amounts payable through an annuity for future Compensation Years follow the anniversary of the date of judgment.

Items denoted with an asterisk (*) covered by health insurance and/or Medicare.

Items denoted with an "M" payable in 12 monthly installments at the discretion of respondent.

**Appendix A:  Items of Compensation for L.A.**

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 10 2028 | Compensation Year 11 2029 | Compensation Year 12 2030 | Compensation Year 13 2031 | Compensation Year 14 2032 | Compensation Year 15 2033 | Compensation Year 16 2034 | Compensation Year 17 2035 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Insurance MOP | 5% | | | 6,000.00 | 6,000.00 | 6,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 |
| Insurance Premium | 5% | | M | | | | 6,433.80 | 6,584.52 | 6,829.56 | 7,030.68 | 7,131.12 |
| Medicare Part B Premium | 5% | | M | | | | | | | | |
| Medicare Part B Deductible | 5% | | | | | | | | | | |
| Medigap F | 5% | | M | | | | | | | | |
| Medicare Part D | 5% | | M | | | | | | | | |
| PCP | 5% | * | | | | | | | | | |
| Mileage:  PCP | 4% | | | 6.40 | 6.40 | 6.40 | 6.40 | 6.40 | 6.40 | 6.40 | 6.40 |
| Neurology | 5% | * | | | | | | | | | |
| Mileage:  Neurology | 4% | | | 6.40 | 6.40 | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 |
| PM&R | 5% | * | | | | | | | | | |
| Mileage:  PM&R | 4% | | | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 |
| Orthopedist | 5% | * | | | | | | | | | |
| Mileage:  Orthopedist | 4% | | | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 |
| Neuropsych Eval | 4% | | | | | | | | | | |
| Mileage:  Neuropsych Eval | 4% | | | | | | | | | | |
| EEG | 5% | * | | | | | | | | | |
| Mileage:  EEG | 4% | | | | | | | | | | |
| MRI of Brain | 5% | * | | | | | | | | | |
| Mileage:  MRI | 4% | | | | | | | | | | |
| Deep Brain Stimulation | 5% | * | | | | | | | | | |
| Podiatry | 4% | | | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 |
| Neuro-Opthal Eval | 5% | * | | | | | | | | | |
| Mileage:  NeuroOpthal Eval | 4% | | | | | | | | | | |
| Counseling | 4% | * | M | | | | | | | | |
| Mileage:  Counseling | 4% | | | 97.20 | 97.20 | 97.20 | 97.20 | 97.20 | 97.20 | 97.20 | 97.20 |
| Care Mngt | 4% | | M | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 |
| Trileptal | 5% | * | | | | | | | | | |
| Diastat | 5% | * | | | | | | | | | |
| Periactin | 5% | * | | | | | | | | | |
| Carnation Instant Breakfast | 4% | | | 176.66 | 176.66 | 176.66 | 176.66 | 176.66 | 176.66 | 176.66 | 176.66 |
| Anxietry Rx | 5% | * | | | | | | | | | |

Appendix A:  Items of Compensation for L.A.

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 10 | Compensation Year 11 | Compensation Year 12 | Compensation Year 13 | Compensation Year 14 | Compensation Year 15 | Compensation Year 16 | Compensation Year 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 |
| PT Eval | 4% | * | | | | | | | | | |
| PT | 4% | * | | | | | | | | | |
| Mileage:  PT | 4% | | | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 |
| OT Eval | 4% | * | | | | | | | | | |
| OT | 4% | * | | | | | | | | | |
| Mileage:  OT | 4% | | | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 |
| Therapeutic Recreation | 4% | | M | | | | | | | | |
| Driving Eval/ Training | 4% | | | | | | | | | | |
| Tutoring | 4% | | M | | | | | | | | |
| Shower Transfer Bench | 4% | | | 48.77 | 48.77 | 48.77 | 48.77 | 48.77 | 48.77 | 48.77 | 48.77 |
| Orthotic | 4% | | | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 |
| EMS | 4% | * | | | | | | | | | |
| Electrodes | 4% | | | 16.25 | 16.25 | 16.25 | 16.25 | 16.25 | 16.25 | 16.25 | 16.25 |
| Adaptive Devices | 4% | | | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 |
| Voice Activated Computer Program & Hardware | 4% | | | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 |
| Text to Speech Software | 4% | | | 500.00 | | | | | | | |
| Personal Emergency Response System | 4% | | M | 371.40 | 371.40 | 371.40 | 371.40 | 371.40 | 371.40 | 371.40 | 371.40 |
| Scooter | 4% | | | 1,999.00 | | | | | 1,999.00 | | |
| Scooter Maint | 4% | | | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 |
| Companion/Respite/Personal Care | 4% | | M | 13,104.00 | 13,104.00 | 13,104.00 | 13,104.00 | 13,104.00 | 13,104.00 | 13,104.00 | 13,104.00 |
| Ancillary Services | 4% | | M | 2,925.00 | 2,925.00 | 2,925.00 | 2,925.00 | 2,925.00 | 2,925.00 | 2,925.00 | 2,925.00 |
| Ancillary Services | 4% | | M | 3,439.28 | 3,439.28 | 3,439.28 | 3,439.28 | 3,439.28 | 3,439.28 | 3,439.28 | 3,439.28 |
| Home Mods | 4% | | | | | 9,500.00 | | | | | |
| Braun Seating | 4% | | | | 10,000.00 | | | | | | 10,000.00 |
| Scooter Lift | 4% | | | 1,360.00 | | | | | 1,360.00 | | |
| Steering Knob | 4% | | | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 |
| Lost Future Earnings | | | | | | | | | | | |
| Pain and Suffering | | | | | | | | | | | |
| Past Unreimbursable Expenses | | | | | | | | | | | |
| Annual Totals | | | | 33,829.56 | 39,970.56 | 39,467.36 | 32,401.16 | 32,551.88 | 36,155.92 | 32,998.04 | 43,098.48 |

**Appendix A:  Items of Compensation for L.A.**

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 10 | Compensation Year 11 | Compensation Year 12 | Compensation Year 13 | Compensation Year 14 | Compensation Year 15 | Compensation Year 16 | Compensation Year 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 |

Note: Compensation Year 1 consists of the 12 month period following the date of judgment.

Compensation Year 2 consists of the 12 month period commencing on the first anniversary of the date of judgment.

As soon as practicable after entry of judgment, respondent shall make the following payment to the court-appointed guardian(s)/ conservators(s) of the estate of Luke Akerstrom for the benefit of Luke Akerstrom for lost future earnings ($1,047,884.72), pain and suffering ($250,000.00), and Yr 1 life care expenses ($54,393.75): $1,352,278.47.

As soon as practicable after entry of judgment, respondent shall make the following payment to petitioners, Magnus and Brandi Akerstrom, for past un-reimbursable expenses: $66,794.04.

Annual amounts payable through an annuity for future Compensation Years follow the anniversary of the date of judgment.

Items denoted with an asterisk (*) covered by health insurance and/or Medicare.

Items denoted with an "M" payable in 12 monthly installments at the discretion of respondent.

**Appendix A:  Items of Compensation for L.A.**

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 18 2036 | Compensation Year 19 2037 | Compensation Year 20 2038 | Compensation Year 21 2039 | Compensation Year 22 2040 | Compensation Year 23 2041 | Compensation Year 24 2042 | Compensation Year 25 2043 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Insurance MOP | 5% | | | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 |
| Insurance Premium | 5% | | M | 7,281.96 | 7,432.80 | 7,527.00 | 7,627.56 | 7,677.72 | 7,728.00 | 7,778.28 | 7,828.56 |
| Medicare Part B Premium | 5% | | M | | | | | | | | |
| Medicare Part B Deductible | 5% | | | | | | | | | | |
| Medigap F | 5% | | M | | | | | | | | |
| Medicare Part D | 5% | | M | | | | | | | | |
| PCP | 5% | * | | | | | | | | | |
| Mileage:  PCP | 4% | | | 6.40 | 6.40 | 6.40 | 6.40 | 6.40 | 6.40 | 6.40 | 6.40 |
| Neurology | 5% | * | | | | | | | | | |
| Mileage:  Neurology | 4% | | | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 |
| PM&R | 5% | * | | | | | | | | | |
| Mileage:  PM&R | 4% | | | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 |
| Orthopedist | 5% | * | | | | | | | | | |
| Mileage:  Orthopedist | 4% | | | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 |
| Neuropsych Eval | 4% | | | | | | | | | | |
| Mileage:  Neuropsych Eval | 4% | | | | | | | | | | |
| EEG | 5% | * | | | | | | | | | |
| Mileage:  EEG | 4% | | | | | | | | | | |
| MRI of Brain | 5% | * | | | | | | | | | |
| Mileage:  MRI | 4% | | | | | | | | | | |
| Deep Brain Stimulation | 5% | * | | | | | | | | | |
| Podiatry | 4% | | | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 |
| Neuro-Opthal Eval | 5% | * | | | | | | | | | |
| Mileage:  NeuroOpthal Eval | 4% | | | | | | | | | | |
| Counseling | 4% | * | M | | | | | | | | |
| Mileage:  Counseling | 4% | | | 97.20 | 97.20 | 97.20 | 97.20 | 97.20 | 97.20 | 97.20 | 97.20 |
| Care Mngt | 4% | | M | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 |
| Trileptal | 5% | * | | | | | | | | | |
| Diastat | 5% | * | | | | | | | | | |
| Periactin | 5% | * | | | | | | | | | |
| Carnation Instant Breakfast | 4% | | | 176.66 | 176.66 | 176.66 | 176.66 | 176.66 | 176.66 | 176.66 | 176.66 |
| Anxietry Rx | 5% | * | | | | | | | | | |

**Appendix A:  Items of Compensation for L.A.**

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 18 2036 | Compensation Year 19 2037 | Compensation Year 20 2038 | Compensation Year 21 2039 | Compensation Year 22 2040 | Compensation Year 23 2041 | Compensation Year 24 2042 | Compensation Year 25 2043 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PT Eval | 4% | * | | | | | | | | | |
| PT | 4% | * | | | | | | | | | |
| Mileage:  PT | 4% | | | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 |
| OT Eval | 4% | * | | | | | | | | | |
| OT | 4% | * | | | | | | | | | |
| Mileage:  OT | 4% | | | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 |
| Therapeutic Recreation | 4% | | M | | | | | | | | |
| Driving Eval/ Training | 4% | | | | | | | | | | |
| Tutoring | 4% | | M | | | | | | | | |
| Shower Transfer Bench | 4% | | | 48.77 | 48.77 | 48.77 | 48.77 | 48.77 | 48.77 | 48.77 | 48.77 |
| Orthotic | 4% | | | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 |
| EMS | 4% | * | | | | | | | | | |
| Electrodes | 4% | | | 16.25 | 16.25 | 16.25 | 16.25 | 16.25 | 16.25 | 16.25 | 16.25 |
| Adaptive Devices | 4% | | | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 |
| Voice Activated Computer Program & Hardware | 4% | | | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 |
| Text to Speech Software | 4% | | | | | | | | | | |
| Personal Emergency Response System | 4% | | M | 371.40 | 371.40 | 371.40 | 371.40 | 371.40 | 371.40 | 371.40 | 371.40 |
| Scooter | 4% | | | | 1,999.00 | 399.80 | 399.80 | 399.80 | 399.80 | 399.80 | 399.80 |
| Scooter Maint | 4% | | | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 |
| Companion/Respite/Personal Care | 4% | | M | 13,104.00 | 13,104.00 | 13,104.00 | 13,104.00 | 13,104.00 | 13,104.00 | 13,104.00 | 13,104.00 |
| Ancillary Services | 4% | | M | 2,925.00 | 2,925.00 | 2,925.00 | 2,925.00 | 2,925.00 | 2,925.00 | 2,925.00 | 2,925.00 |
| Ancillary Services | 4% | | M | 3,439.28 | 3,439.28 | 3,439.28 | 3,439.28 | 3,439.28 | 3,439.28 | 3,439.28 | 3,439.28 |
| Home Mods | 4% | | | | | | | | | | |
| Braun Seating | 4% | | | | | | | | 10,000.00 | 1,666.67 | 1,666.67 |
| Scooter Lift | 4% | | | | 1,360.00 | 272.00 | 272.00 | 272.00 | 272.00 | 272.00 | 272.00 |
| Steering Knob | 4% | | | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 |
| Lost Future Earnings | | | | | | | | | | | |
| Pain and Suffering | | | | | | | | | | | |
| Past Unreimbursable Expenses | | | | | | | | | | | |
| Annual Totals | | | | 33,249.32 | 35,399.16 | 35,254.16 | 34,266.72 | 34,316.88 | 44,367.16 | 36,084.11 | 36,134.39 |

**Appendix A:  Items of Compensation for L.A.**

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 18 | Compensation Year 19 | Compensation Year 20 | Compensation Year 21 | Compensation Year 22 | Compensation Year 23 | Compensation Year 24 | Compensation Year 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 |

Note: Compensation Year 1 consists of the 12 month period following the date of judgment.

Compensation Year 2 consists of the 12 month period commencing on the first anniversary of the date of judgment.

As soon as practicable after entry of judgment, respondent shall make the following payment to the court-appointed guardian(s)/ conservators(s) of the estate of Luke Akerstrom for the benefit of Luke Akerstrom for lost future earnings ($1,047,884.72), pain and suffering ($250,000.00), and Yr 1 life care expenses ($54,393.75): $1,352,278.47.

As soon as practicable after entry of judgment, respondent shall make the following payment to petitioners, Magnus and Brandi Akerstrom, for past un-reimbursable expenses: $66,794.04.

Annual amounts payable through an annuity for future Compensation Years follow the anniversary of the date of judgment.

Items denoted with an asterisk (*) covered by health insurance and/or Medicare.

Items denoted with an "M" payable in 12 monthly installments at the discretion of respondent.

**Appendix A:  Items of Compensation for L.A.**

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 26 2044 | Compensation Year 27 2045 | Compensation Year 28 2046 | Compensation Year 29 2047 | Compensation Year 30 2048 | Compensation Year 31 2049 | Compensation Year 32 2050 | Compensation Year 33 2051 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Insurance MOP | 5% | | | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 |
| Insurance Premium | 5% | | M | 7,929.12 | 8,029.68 | 8,180.40 | 8,324.88 | 8,526.00 | 8,777.28 | 9,072.60 | 9,424.44 |
| Medicare Part B Premium | 5% | | M | | | | | | | | |
| Medicare Part B Deductible | 5% | | | | | | | | | | |
| Medigap F | 5% | | M | | | | | | | | |
| Medicare Part D | 5% | | M | | | | | | | | |
| PCP | 5% | * | | | | | | | | | |
| Mileage:  PCP | 4% | | | 6.40 | 6.40 | 6.40 | 6.40 | 6.40 | 6.40 | 6.40 | 6.40 |
| Neurology | 5% | * | | | | | | | | | |
| Mileage:  Neurology | 4% | | | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 |
| PM&R | 5% | * | | | | | | | | | |
| Mileage:  PM&R | 4% | | | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 |
| Orthopedist | 5% | * | | | | | | | | | |
| Mileage:  Orthopedist | 4% | | | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 |
| Neuropsych Eval | 4% | | | | | | | | | | |
| Mileage:  Neuropsych Eval | 4% | | | | | | | | | | |
| EEG | 5% | * | | | | | | | | | |
| Mileage:  EEG | 4% | | | | | | | | | | |
| MRI of Brain | 5% | * | | | | | | | | | |
| Mileage:  MRI | 4% | | | | | | | | | | |
| Deep Brain Stimulation | 5% | * | | | | | | | | | |
| Podiatry | 4% | | | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 |
| Neuro-Opthal Eval | 5% | * | | | | | | | | | |
| Mileage:  NeuroOpthal Eval | 4% | | | | | | | | | | |
| Counseling | 4% | * | M | | | | | | | | |
| Mileage:  Counseling | 4% | | | 97.20 | 97.20 | 97.20 | 97.20 | 97.20 | 97.20 | 97.20 | 97.20 |
| Care Mngt | 4% | | M | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 |
| Trileptal | 5% | * | | | | | | | | | |
| Diastat | 5% | * | | | | | | | | | |
| Periactin | 5% | * | | | | | | | | | |
| Carnation Instant Breakfast | 4% | | | 176.66 | 176.66 | 176.66 | 176.66 | 176.66 | 176.66 | 176.66 | 176.66 |
| Anxietry Rx | 5% | * | | | | | | | | | |

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 26 | Compensation Year 27 | Compensation Year 28 | Compensation Year 29 | Compensation Year 30 | Compensation Year 31 | Compensation Year 32 | Compensation Year 33 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 |
| PT Eval | 4% | * | | | | | | | | | |
| PT | 4% | * | | | | | | | | | |
| Mileage:  PT | 4% | | | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 |
| OT Eval | 4% | * | | | | | | | | | |
| OT | 4% | * | | | | | | | | | |
| Mileage:  OT | 4% | | | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 |
| Therapeutic Recreation | 4% | | M | | | | | | | | |
| Driving Eval/ Training | 4% | | | | | | | | | | |
| Tutoring | 4% | | M | | | | | | | | |
| Shower Transfer Bench | 4% | | | 48.77 | 48.77 | 48.77 | 48.77 | 48.77 | 48.77 | 48.77 | 48.77 |
| Orthotic | 4% | | | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 |
| EMS | 4% | * | | | | | | | | | |
| Electrodes | 4% | | | 16.25 | 16.25 | 16.25 | 16.25 | 16.25 | 16.25 | 16.25 | 16.25 |
| Adaptive Devices | 4% | | | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 |
| Voice Activated Computer Program & Hardware | 4% | | | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 |
| Text to Speech Software | 4% | | | | | | | | | | |
| Personal Emergency Response System | 4% | | M | 371.40 | 371.40 | 371.40 | 371.40 | 371.40 | 371.40 | 371.40 | 371.40 |
| Scooter | 4% | | | 399.80 | 399.80 | 399.80 | 399.80 | 399.80 | 399.80 | 399.80 | 399.80 |
| Scooter Maint | 4% | | | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 |
| Companion/Respite/Personal Care | 4% | | M | 13,104.00 | 13,104.00 | 13,104.00 | 13,104.00 | 13,104.00 | 13,104.00 | 13,104.00 | 13,104.00 |
| Ancillary Services | 4% | | M | 2,925.00 | 2,925.00 | 2,925.00 | 2,925.00 | 2,925.00 | 2,925.00 | 2,925.00 | 2,925.00 |
| Ancillary Services | 4% | | M | 3,439.28 | 3,439.28 | 3,439.28 | 3,439.28 | 3,439.28 | 3,439.28 | 3,439.28 | 3,439.28 |
| Home Mods | 4% | | | | | | | | | | |
| Braun Seating | 4% | | | 1,666.67 | 1,666.67 | 1,666.67 | 1,666.67 | 1,666.67 | 1,666.67 | 1,666.67 | 1,666.67 |
| Scooter Lift | 4% | | | 272.00 | 272.00 | 272.00 | 272.00 | 272.00 | 272.00 | 272.00 | 272.00 |
| Steering Knob | 4% | | | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 |
| Lost Future Earnings | | | | | | | | | | | |
| Pain and Suffering | | | | | | | | | | | |
| Past Unreimbursable Expenses | | | | | | | | | | | |
| Annual Totals | | | | 36,234.95 | 36,335.51 | 36,486.23 | 36,630.71 | 36,831.83 | 37,083.11 | 37,378.43 | 37,730.27 |

**Appendix A:  Items of Compensation for L.A.**

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 26 | Compensation Year 27 | Compensation Year 28 | Compensation Year 29 | Compensation Year 30 | Compensation Year 31 | Compensation Year 32 | Compensation Year 33 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 |

Note: Compensation Year 1 consists of the 12 month period following the date of judgment.

Compensation Year 2 consists of the 12 month period commencing on the first anniversary of the date of judgment.

As soon as practicable after entry of judgment, respondent shall make the following payment to the court-appointed guardian(s)/ conservators(s) of the estate of Luke Akerstrom for the benefit of Luke Akerstrom for lost future earnings ($1,047,884.72), pain and suffering ($250,000.00), and Yr 1 life care expenses ($54,393.75): $1,352,278.47.

As soon as practicable after entry of judgment, respondent shall make the following payment to petitioners, Magnus and Brandi Akerstrom, for past un-reimbursable expenses: $66,794.04.

Annual amounts payable through an annuity for future Compensation Years follow the anniversary of the date of judgment.

Items denoted with an asterisk (*) covered by health insurance and/or Medicare.

Items denoted with an "M" payable in 12 monthly installments at the discretion of respondent.

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 34 2052 | Compensation Year 35 2053 | Compensation Year 36 2054 | Compensation Year 37 2055 | Compensation Year 38 2056 | Compensation Year 39 2057 | Compensation Year 40 2058 | Compensation Year 41 2059 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Insurance MOP | 5% | | | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 |
| Insurance Premium | 5% | | M | 9,820.32 | 10,272.60 | 10,718.76 | 11,221.32 | 11,717.76 | 12,264.36 | 12,817.20 | 13,414.08 |
| Medicare Part B Premium | 5% | | M | | | | | | | | |
| Medicare Part B Deductible | 5% | | | | | | | | | | |
| Medigap F | 5% | | M | | | | | | | | |
| Medicare Part D | 5% | | M | | | | | | | | |
| PCP | 5% | * | | | | | | | | | |
| Mileage:  PCP | 4% | | | 6.40 | 6.40 | 6.40 | 6.40 | 6.40 | 6.40 | 6.40 | 6.40 |
| Neurology | 5% | * | | | | | | | | | |
| Mileage:  Neurology | 4% | | | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 |
| PM&R | 5% | * | | | | | | | | | |
| Mileage:  PM&R | 4% | | | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 |
| Orthopedist | 5% | * | | | | | | | | | |
| Mileage:  Orthopedist | 4% | | | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 |
| Neuropsych Eval | 4% | | | | | | | | | | |
| Mileage:  Neuropsych Eval | 4% | | | | | | | | | | |
| EEG | 5% | * | | | | | | | | | |
| Mileage:  EEG | 4% | | | | | | | | | | |
| MRI of Brain | 5% | * | | | | | | | | | |
| Mileage:  MRI | 4% | | | | | | | | | | |
| Deep Brain Stimulation | 5% | * | | | | | | | | | |
| Podiatry | 4% | | | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 |
| Neuro-Opthal Eval | 5% | * | | | | | | | | | |
| Mileage:  NeuroOpthal Eval | 4% | | | | | | | | | | |
| Counseling | 4% | * | M | | | | | | | | |
| Mileage:  Counseling | 4% | | | 97.20 | 97.20 | 97.20 | 97.20 | 97.20 | 97.20 | 97.20 | 97.20 |
| Care Mngt | 4% | | M | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 |
| Trileptal | 5% | * | | | | | | | | | |
| Diastat | 5% | * | | | | | | | | | |
| Periactin | 5% | * | | | | | | | | | |
| Carnation Instant Breakfast | 4% | | | 176.66 | 176.66 | 176.66 | 176.66 | 176.66 | 176.66 | 176.66 | 176.66 |
| Anxietry Rx | 5% | * | | | | | | | | | |

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 34 | Compensation Year 35 | Compensation Year 36 | Compensation Year 37 | Compensation Year 38 | Compensation Year 39 | Compensation Year 40 | Compensation Year 41 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 |
| PT Eval | 4% | * | | | | | | | | | |
| PT | 4% | * | | | | | | | | | |
| Mileage:  PT | 4% | | | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 |
| OT Eval | 4% | * | | | | | | | | | |
| OT | 4% | * | | | | | | | | | |
| Mileage:  OT | 4% | | | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 |
| Therapeutic Recreation | 4% | | M | | | | | | | | |
| Driving Eval/ Training | 4% | | | | | | | | | | |
| Tutoring | 4% | | M | | | | | | | | |
| Shower Transfer Bench | 4% | | | 48.77 | 48.77 | 48.77 | 48.77 | 48.77 | 48.77 | 48.77 | 48.77 |
| Orthotic | 4% | | | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 |
| EMS | 4% | * | | | | | | | | | |
| Electrodes | 4% | | | 16.25 | 16.25 | 16.25 | 16.25 | 16.25 | 16.25 | 16.25 | 16.25 |
| Adaptive Devices | 4% | | | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 |
| Voice Activated Computer Program & Hardware | 4% | | | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 |
| Text to Speech Software | 4% | | | | | | | | | | |
| Personal Emergency Response System | 4% | | M | 371.40 | 371.40 | 371.40 | 371.40 | 371.40 | 371.40 | 371.40 | 371.40 |
| Scooter | 4% | | | 399.80 | 399.80 | 399.80 | 399.80 | 399.80 | 399.80 | 399.80 | 399.80 |
| Scooter Maint | 4% | | | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 |
| Companion/Respite/Personal Care | 4% | | M | 13,104.00 | 13,104.00 | 13,104.00 | 32,850.00 | 32,850.00 | 32,850.00 | 32,850.00 | 32,850.00 |
| Ancillary Services | 4% | | M | 2,925.00 | 2,925.00 | 2,925.00 | 2,925.00 | 2,925.00 | 2,925.00 | 2,925.00 | 2,925.00 |
| Ancillary Services | 4% | | M | 3,439.28 | 3,439.28 | 3,439.28 | 3,439.28 | 3,439.28 | 3,439.28 | 3,439.28 | 3,439.28 |
| Home Mods | 4% | | | | | | 12,000.00 | | | | |
| Braun Seating | 4% | | | 1,666.67 | 1,666.67 | 1,666.67 | 1,666.67 | 1,666.67 | 1,666.67 | 1,666.67 | 1,666.67 |
| Scooter Lift | 4% | | | 272.00 | 272.00 | 272.00 | 272.00 | 272.00 | 272.00 | 272.00 | 272.00 |
| Steering Knob | 4% | | | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 |
| Lost Future Earnings | | | | | | | | | | | |
| Pain and Suffering | | | | | | | | | | | |
| Past Unreimbursable Expenses | | | | | | | | | | | |
| Annual Totals | | | | 38,126.15 | 38,578.43 | 39,024.59 | 71,273.15 | 59,769.59 | 60,316.19 | 60,869.03 | 61,465.91 |

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 34 | Compensation Year 35 | Compensation Year 36 | Compensation Year 37 | Compensation Year 38 | Compensation Year 39 | Compensation Year 40 | Compensation Year 41 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 |

Note: Compensation Year 1 consists of the 12 month period following the date of judgment.

Compensation Year 2 consists of the 12 month period commencing on the first anniversary of the date of judgment.

As soon as practicable after entry of judgment, respondent shall make the following payment to the court-appointed guardian(s)/ conservators(s) of the estate of Luke Akerstrom for the benefit of Luke Akerstrom for lost future earnings ($1,047,884.72), pain and suffering ($250,000.00), and Yr 1 life care expenses ($54,393.75): $1,352,278.47.

As soon as practicable after entry of judgment, respondent shall make the following payment to petitioners, Magnus and Brandi Akerstrom, for past un-reimbursable expenses: $66,794.04.

Annual amounts payable through an annuity for future Compensation Years follow the anniversary of the date of judgment.

Items denoted with an asterisk (*) covered by health insurance and/or Medicare.

Items denoted with an "M" payable in 12 monthly installments at the discretion of respondent.

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 42 | Compensation Year 43 | Compensation Year 44 | Compensation Year 45 | Compensation Year 46 | Compensation Year 47 | Compensation Year 48 | Compensation Year 49 |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  | 2060 | 2061 | 2062 | 2063 | 2064 | 2065 | 2066 | 2067 |
| Insurance MOP | 5% |  |  | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 |
| Insurance Premium | 5% |  | M | 14,010.96 | 14,658.12 | 15,311.52 | 16,008.96 | 16,354.56 | 17,052.00 | 17,655.12 | 18,051.00 |
| Medicare Part B Premium | 5% |  | M |  |  |  |  |  |  |  |  |
| Medicare Part B Deductible | 5% |  |  |  |  |  |  |  |  |  |  |
| Medigap F | 5% |  | M |  |  |  |  |  |  |  |  |
| Medicare Part D | 5% |  | M |  |  |  |  |  |  |  |  |
| PCP | 5% | * |  |  |  |  |  |  |  |  |  |
| Mileage:  PCP | 4% |  |  | 6.40 | 6.40 | 6.40 | 6.40 | 6.40 | 6.40 | 6.40 | 6.40 |
| Neurology | 5% | * |  |  |  |  |  |  |  |  |  |
| Mileage:  Neurology | 4% |  |  | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 |
| PM&R | 5% | * |  |  |  |  |  |  |  |  |  |
| Mileage:  PM&R | 4% |  |  | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 |
| Orthopedist | 5% | * |  |  |  |  |  |  |  |  |  |
| Mileage:  Orthopedist | 4% |  |  | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 |
| Neuropsych Eval | 4% |  |  |  |  |  |  |  |  |  |  |
| Mileage:  Neuropsych Eval | 4% |  |  |  |  |  |  |  |  |  |  |
| EEG | 5% | * |  |  |  |  |  |  |  |  |  |
| Mileage:  EEG | 4% |  |  |  |  |  |  |  |  |  |  |
| MRI of Brain | 5% | * |  |  |  |  |  |  |  |  |  |
| Mileage:  MRI | 4% |  |  |  |  |  |  |  |  |  |  |
| Deep Brain Stimulation | 5% | * |  |  |  |  |  |  |  |  |  |
| Podiatry | 4% |  |  | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 |
| Neuro-Opthal Eval | 5% | * |  |  |  |  |  |  |  |  |  |
| Mileage:  NeuroOpthal Eval | 4% |  |  |  |  |  |  |  |  |  |  |
| Counseling | 4% | * | M |  |  |  |  |  |  |  |  |
| Mileage:  Counseling | 4% |  |  | 97.20 | 97.20 | 97.20 | 97.20 | 97.20 | 97.20 | 97.20 | 97.20 |
| Care Mngt | 4% |  | M | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 |
| Trileptal | 5% | * |  |  |  |  |  |  |  |  |  |
| Diastat | 5% | * |  |  |  |  |  |  |  |  |  |
| Periactin | 5% | * |  |  |  |  |  |  |  |  |  |
| Carnation Instant Breakfast | 4% |  |  | 176.66 | 176.66 | 176.66 | 176.66 | 176.66 | 176.66 | 176.66 | 176.66 |
| Anxietry Rx | 5% | * |  |  |  |  |  |  |  |  |  |

**Appendix A:  Items of Compensation for L.A.**

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 42 | Compensation Year 43 | Compensation Year 44 | Compensation Year 45 | Compensation Year 46 | Compensation Year 47 | Compensation Year 48 | Compensation Year 49 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2060 | 2061 | 2062 | 2063 | 2064 | 2065 | 2066 | 2067 |
| PT Eval | 4% | * | | | | | | | | | |
| PT | 4% | * | | | | | | | | | |
| Mileage:  PT | 4% | | | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 |
| OT Eval | 4% | * | | | | | | | | | |
| OT | 4% | * | | | | | | | | | |
| Mileage:  OT | 4% | | | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 |
| Therapeutic Recreation | 4% | | M | | | | | | | | |
| Driving Eval/ Training | 4% | | | | | | | | | | |
| Tutoring | 4% | | M | | | | | | | | |
| Shower Transfer Bench | 4% | | | 48.77 | 48.77 | 48.77 | 48.77 | 48.77 | 48.77 | 48.77 | 48.77 |
| Orthotic | 4% | | | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 |
| EMS | 4% | * | | | | | | | | | |
| Electrodes | 4% | | | 16.25 | 16.25 | 16.25 | 16.25 | 16.25 | 16.25 | 16.25 | 16.25 |
| Adaptive Devices | 4% | | | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 |
| Voice Activated Computer Program & Hardware | 4% | | | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 |
| Text to Speech Software | 4% | | | | | | | | | | |
| Personal Emergency Response System | 4% | | M | 371.40 | 371.40 | 371.40 | 371.40 | 371.40 | 371.40 | 371.40 | 371.40 |
| Scooter | 4% | | | 399.80 | 399.80 | 399.80 | 399.80 | 399.80 | 399.80 | 399.80 | 399.80 |
| Scooter Maint | 4% | | | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 |
| Companion/Respite/Personal Care | 4% | | M | 32,850.00 | 32,850.00 | 32,850.00 | 32,850.00 | 32,850.00 | 32,850.00 | 32,850.00 | 32,850.00 |
| Ancillary Services | 4% | | M | 2,925.00 | 2,925.00 | 2,925.00 | 2,925.00 | 2,925.00 | 2,925.00 | 2,925.00 | 2,925.00 |
| Ancillary Services | 4% | | M | 3,439.28 | 3,439.28 | 3,439.28 | 3,439.28 | 3,439.28 | 3,439.28 | 3,439.28 | 3,439.28 |
| Home Mods | 4% | | | | | | | | | | |
| Braun Seating | 4% | | | 1,666.67 | 1,666.67 | 1,666.67 | 1,666.67 | 1,666.67 | 1,666.67 | 1,666.67 | 1,666.67 |
| Scooter Lift | 4% | | | 272.00 | 272.00 | 272.00 | 272.00 | 272.00 | 272.00 | 272.00 | 272.00 |
| Steering Knob | 4% | | | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 |
| Lost Future Earnings | | | | | | | | | | | |
| Pain and Suffering | | | | | | | | | | | |
| Past Unreimbursable Expenses | | | | | | | | | | | |
| Annual Totals | | | | 62,062.79 | 62,709.95 | 63,363.35 | 64,060.79 | 64,406.39 | 65,103.83 | 65,706.95 | 66,102.83 |

**Appendix A:  Items of Compensation for L.A.**

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 42 | Compensation Year 43 | Compensation Year 44 | Compensation Year 45 | Compensation Year 46 | Compensation Year 47 | Compensation Year 48 | Compensation Year 49 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2060 | 2061 | 2062 | 2063 | 2064 | 2065 | 2066 | 2067 |

Note: Compensation Year 1 consists of the 12 month period following the date of judgment.

Compensation Year 2 consists of the 12 month period commencing on the first anniversary of the date of judgment.

As soon as practicable after entry of judgment, respondent shall make the following payment to the court-appointed guardian(s)/ conservators(s) of the estate of Luke Akerstrom for the benefit of Luke Akerstrom for lost future earnings ($1,047,884.72), pain and suffering ($250,000.00), and Yr 1 life care expenses ($54,393.75): $1,352,278.47.

As soon as practicable after entry of judgment, respondent shall make the following payment to petitioners, Magnus and Brandi Akerstrom, for past un-reimbursable expenses: $66,794.04.

Annual amounts payable through an annuity for future Compensation Years follow the anniversary of the date of judgment.

Items denoted with an asterisk (*) covered by health insurance and/or Medicare.

Items denoted with an "M" payable in 12 monthly installments at the discretion of respondent.

**Appendix A: Items of Compensation for L.A.**

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 50 | Compensation Year 51 | Compensation Years 52-53 | Compensation Year 54 | Compensation Year 55 | Compensation Year 56 | Compensation Year 57 | Compensation Years 58-Life |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2068 | 2069 | 2070-2071 | 2072 | 2073 | 2074 | 2075 | 2076-Life |
| Insurance MOP | 5% | | | 2,000.00 | 2,000.00 | | | | | | |
| Insurance Premium | 5% | | M | 18,547.32 | 18,848.88 | | | | | | |
| Medicare Part B Premium | 5% | | M | | | 1,626.00 | 1,626.00 | 1,626.00 | 1,626.00 | 1,626.00 | 1,626.00 |
| Medicare Part B Deductible | 5% | | | | | 185.00 | 185.00 | 185.00 | 185.00 | 185.00 | 185.00 |
| Medigap F | 5% | | M | | | 2,343.12 | 2,421.36 | 2,517.12 | 2,609.88 | 2,705.64 | 3,381.24 |
| Medicare Part D | 5% | | M | | | 390.00 | 390.00 | 390.00 | 390.00 | 390.00 | 390.00 |
| PCP | 5% | * | | | | | | | | | |
| Mileage: PCP | 4% | | | 6.40 | 6.40 | 6.40 | 6.40 | 6.40 | 6.40 | 6.40 | 6.40 |
| Neurology | 5% | * | | | | | | | | | |
| Mileage: Neurology | 4% | | | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 |
| PM&R | 5% | * | | | | | | | | | |
| Mileage: PM&R | 4% | | | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 | 6.00 |
| Orthopedist | 5% | * | | | | | | | | | |
| Mileage: Orthopedist | 4% | | | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 | 3.20 |
| Neuropsych Eval | 4% | | | | | | | | | | |
| Mileage: Neuropsych Eval | 4% | | | | | | | | | | |
| EEG | 5% | * | | | | | | | | | |
| Mileage: EEG | 4% | | | | | | | | | | |
| MRI of Brain | 5% | * | | | | | | | | | |
| Mileage: MRI | 4% | | | | | | | | | | |
| Deep Brain Stimulation | 5% | * | | | | | | | | | |
| Podiatry | 4% | | | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 | 120.00 |
| Neuro-Opthal Eval | 5% | * | | | | | | | | | |
| Mileage: NeuroOpthal Eval | 4% | | | | | | | | | | |
| Counseling | 4% | * | M | | | | | | | | |
| Mileage: Counseling | 4% | | | 97.20 | 97.20 | 97.20 | 97.20 | 97.20 | 97.20 | 97.20 | 97.20 |
| Care Mngt | 4% | | M | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 |
| Trileptal | 5% | * | | | | | | | | | |
| Diastat | 5% | * | | | | | | | | | |
| Periactin | 5% | * | | | | | | | | | |
| Carnation Instant Breakfast | 4% | | | 176.66 | 176.66 | 176.66 | 176.66 | 176.66 | 176.66 | 176.66 | 176.66 |
| Anxietry Rx | 5% | * | | | | | | | | | |

**Appendix A:  Items of Compensation for L.A.**

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 50 | Compensation Year 51 | Compensation Years 52-53 | Compensation Year 54 | Compensation Year 55 | Compensation Year 56 | Compensation Year 57 | Compensation Years 58-Life |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  | 2068 | 2069 | 2070-2071 | 2072 | 2073 | 2074 | 2075 | 2076-Life |
| PT Eval | 4% | * |  |  |  |  |  |  |  |  |  |
| PT | 4% | * |  |  |  |  |  |  |  |  |  |
| Mileage:  PT | 4% |  |  | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 |
| OT Eval | 4% | * |  |  |  |  |  |  |  |  |  |
| OT | 4% | * |  |  |  |  |  |  |  |  |  |
| Mileage:  OT | 4% |  |  | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 |
| Therapeutic Recreation | 4% |  | M |  |  |  |  |  |  |  |  |
| Driving Eval/ Training | 4% |  |  |  |  |  |  |  |  |  |  |
| Tutoring | 4% |  | M |  |  |  |  |  |  |  |  |
| Shower Transfer Bench | 4% |  |  | 48.77 | 48.77 | 48.77 | 48.77 | 48.77 | 48.77 | 48.77 | 48.77 |
| Orthotic | 4% |  |  | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 |
| EMS | 4% | * |  |  |  |  |  |  |  |  |  |
| Electrodes | 4% |  |  | 16.25 | 16.25 | 16.25 | 16.25 | 16.25 | 16.25 | 16.25 | 16.25 |
| Adaptive Devices | 4% |  |  | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 | 160.00 |
| Voice Activated Computer Program & Hardware | 4% |  |  | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 | 110.00 |
| Text to Speech Software | 4% |  |  |  |  |  |  |  |  |  |  |
| Personal Emergency Response System | 4% |  | M | 371.40 | 371.40 | 371.40 | 371.40 | 371.40 | 371.40 | 371.40 | 371.40 |
| Scooter | 4% |  |  | 399.80 | 399.80 | 399.80 | 399.80 | 399.80 | 399.80 | 399.80 | 399.80 |
| Scooter Maint | 4% |  |  | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 |
| Companion/Respite/Personal Care | 4% |  | M | 32,850.00 | 32,850.00 | 32,850.00 | 32,850.00 | 32,850.00 | 32,850.00 | 32,850.00 | 63,236.25 |
| Ancillary Services | 4% |  | M | 2,925.00 | 2,925.00 | 2,925.00 | 2,925.00 | 2,925.00 | 2,925.00 | 2,925.00 | 2,925.00 |
| Ancillary Services | 4% |  | M | 3,439.28 | 3,439.28 | 3,439.28 | 3,439.28 | 3,439.28 | 3,439.28 | 3,439.28 | 3,439.28 |
| Home Mods | 4% |  |  |  |  |  |  |  |  |  |  |
| Braun Seating | 4% |  |  | 1,666.67 | 1,666.67 | 1,666.67 | 1,666.67 | 1,666.67 | 1,666.67 | 1,666.67 | 1,666.67 |
| Scooter Lift | 4% |  |  | 272.00 | 272.00 | 272.00 | 272.00 | 272.00 | 272.00 | 272.00 | 272.00 |
| Steering Knob | 4% |  |  | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 | 11.00 |
| Lost Future Earnings |  |  |  |  |  |  |  |  |  |  |  |
| Pain and Suffering |  |  |  |  |  |  |  |  |  |  |  |
| Past Unreimbursable Expenses |  |  |  |  |  |  |  |  |  |  |  |
| Annual Totals |  |  |  | 66,599.15 | 66,900.71 | 50,595.95 | 50,674.19 | 50,769.95 | 50,862.71 | 50,958.47 | 82,020.32 |

**Appendix A:  Items of Compensation for L.A.**

| ITEMS OF COMPENSATION | G.R. | * | M | Compensation Year 50 | Compensation Year 51 | Compensation Years 52-53 | Compensation Year 54 | Compensation Year 55 | Compensation Year 56 | Compensation Year 57 | Compensation Years 58-Life |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2068 | 2069 | 2070-2071 | 2072 | 2073 | 2074 | 2075 | 2076-Life |

Note: Compensation Year 1 consists of the 12 month period following the date of judgment.

Compensation Year 2 consists of the 12 month period commencing on the first anniversary of the date of judgment.

As soon as practicable after entry of judgment, respondent shall make the following payment to the court-appointed guardian(s)/ conservators(s) of the estate of Luke Akerstrom for the benefit of Luke Akerstrom for lost future earnings ($1,047,884.72), pain and suffering ($250,000.00), and Yr 1 life care expenses ($54,393.75): $1,352,278.47.

As soon as practicable after entry of judgment, respondent shall make the following payment to petitioners, Magnus and Brandi Akerstrom, for past un-reimbursable expenses: $66,794.04.

Annual amounts payable through an annuity for future Compensation Years follow the anniversary of the date of judgment.

Items denoted with an asterisk (*) covered by health insurance and/or Medicare.

Items denoted with an "M" payable in 12 monthly installments at the discretion of respondent.